UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLTON WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>                Defendant. | CASE NO. C20-633 MJP<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE |

This matter comes before the Court on the Parties' Stipulated Motion to Extend the Deadline for Disclosure of Expert Testimony. (Dkt. No. 14.) Having reviewed the motion and the remaining record, the Court DENIES the motion without prejudice.

The case schedule that the parties now seek to change was set by the Court after reviewing the parties' joint status report and discovery plan submitted on June 23, 2020. (Dkt. No. 10.) The Court's order setting trial date and related dates explicitly states "[t]he Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause." (Dkt. No. 11 at 2.) Yet the parties have provided no

1  reason whatsoever for extending the expert disclosure deadline.  The Motion is therefore

2  DENIED without prejudice. The Parties are free to submit another motion that provides

3  sufficient explanation for why the Parties are unable to meet the deadline set by the Court.

5  The clerk is ordered to provide copies of this order to all counsel.

6  Dated October 19, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　A

Marsha J. Pechman
United States Senior District Judge