The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLTON WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>                Defendant. | No. 2:20-cv-00633<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY<br><br>**NOTED FOR HEARING:**<br>**October 19, 2020** |

## I.    STIPULATION AND MOTION

The parties, through their counsel of record, hereby stipulate and agree to extend the deadline to disclose expert testimony under FRCP 26(a)(2) from October 19, 2020 to December 11, 2020. The parties respectfully move the court for an order extending this deadline to December 11, 2020. The parties have been working together through the discovery process and remain uncertain regarding the need to retain experts. Additional time will allow the parties to make this determination while avoiding unnecessary case costs. The change in this particular deadline will not affect the case schedule with regard to any necessary court fillings or other deadlines. The additional time will also allow the parties to explore the potential of early settlement.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY - 2:20-cv-00633

PAGE 1 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

DATED this 19th day of October, 2020.

EMERY | REDDY, PLLC

/s/ Patrick B. Reddy
PATRICK B. REDDY
WSBA No. 34092
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
Attorney for Plaintiff Colton Williams

EMERY | REDDY, PLLC

/s/ Timothy W. Emery
TIMOTHY W. EMERY
WSBA No. 34078
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Attorney for Plaintiff Colton Williams

EMERY | REDDY, PLLC

/s/ Amanda V. Masters
AMANDA MASTERS
WSBA No. 46342
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: amanda@emeryreddy.com
Attorney for Plaintiff Colton Williams

THE BOEING COMPANY

/s/ Julie S. Lucht
JULIE S. LUCHT
WSBA No. 31278
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: jlucht@perkinscoie.com
Attorney for Defendant
The Boeing Company

THE BOEING COMPANY

/s/ Lindsay McAleer
LINDSAY MCALEER
WSBA No. 49833
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: lmcaleer@perkinscoie.com
Attorney for Defendant
The Boeing Company

## II.     ORDER

This matter coming on for hearing by the jointly submitted above stipulation, and the Court having considered the parties request, it is hereby GRANTED. The deadline to disclose expert testimony under FRCP 26(a)(2) is hereby extend from October 19, 2020 to December 11, 2020.

Date:    October 20, 2020

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY - 2:20-cv-00633

PAGE 3 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Julie S. Lucht
E-mail: jlucht@perkinscoie.com

Lindsay McAleer
E-mail: lmcaleer@perkinscoie.com

/s/ Jennifer Chong
Jennifer Chong, Legal Assistant

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY - 2:20-cv-00633

PAGE 4 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711